UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| Intertape Polymer Corp., | ) | No. 14-1517(L) |
| | ) | No. 14-1553 |
| Petitioner/Cross-Respondent, | ) | |
| | ) | Board Case Nos: |
| v. | ) | 11-CA-077869 |
| | ) | 11-CA-078827 |
| National Labor Relations Board, | ) | 10-CA-080133 |
| | ) | |
| Respondent/Cross-Petitioner. | ) | |
| | ) | |

**CONSENT MOTION BY INTERTAPE POLYMER CORP. FOR AN EXTENSION OF BRIEFING DEADLINES**

Pursuant to Local Rule 31(c), Intertape Polymer Corp. ("IPG"), by and through the undersigned counsel, and with the consent of opposing counsel, hereby requests a thirty (30) day extension of all remaining briefing deadlines set forth in the Court's September 19, 2014 Briefing Order. (Case No. 14-1517(L), Docket No. 31.) The current deadline for the National Labor Relations Board ("NLRB") to file the record and for IPG to file the appendix and opening brief is October 29, 2014. The current deadline for the NLRB to file a response brief is December 1, 2014, with IPG's reply brief being due 14 days after service of the response brief.

There are several unfair labor practice charges that have been filed by the Steelworkers Union against IPG that are currently being investigated by Region 10. The Region's investigation of those charges has caused the undersigned counsel some delay in preparing the appendix and drafting the brief in the instant

1

case. Additionally, an unforeseen hearing in a representation case involving a different employer in Region 32 of the NLRB has required the undersigned counsels' immediate attention to prepare for and participate in. The hearing took place October 7 and 8, 2014, in Oakland, California, and post-hearing briefs are due October 22, 2014.

    The undersigned counsel has consulted with counsel for the NLRB, Nicole Lancia, who has consented to IPG's request for a thirty (30) day extension of all remaining Briefing Order deadlines. The new briefing order would result in the records being due from the NLRB, and the appendix and opening brief being due from IPG on November 28, 2014. Notably, both parties in this case have diligently been working to prepare a joint appendix and have nearly completed it. The NLRB's response brief would be due December 31, 2014.

    Respectfully submitted,

s/ Reyburn W. Lominack, III
Michael D. Carrouth, Esq.
Reyburn W. Lominack, III, Esq.
FISHER & PHILLIPS LLP
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Telephone: 803.255.0000
Facsimile: 803.255.0202
mcarrouth@laborlawyers.com
rlominack@laborlawyers.com

Attorneys for Petitioner/Cross-Respondent Intertape Polymer Corp.

Dated this 20th day of October 2014

2

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
No. 14-1517(L)
No. 14-1553

| | |
|---|---|
| Intertape Polymer Corp., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| National Labor Relations Board, | ) |
| | ) |
| Respondent. | ) |
| | ) |

    I hereby certify that on October 20, 2014, I electronically filed the foregoing Consent Motion by Intertape Polymer Corp. For An Extension of Briefing Deadlines with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF System.

    I certify the foregoing document was served on all those parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Jasper C. Brown, Jr.  
National Labor Relations Board  
Republic Square  
4035 University Parkway, Suite 200  
Winston-Salem, NC 27106-3325  

Wayne R. Gold  
National Labor Relations Board  
Region 5  
100 South Charles St., Ste 600  
Baltimore, MD 21210  

Brad Manzolillo  
Organizing Counsel, USW  
5 Gateway Center  
60 Boulevard of the Allies  
Pittsburgh, PA 15222  

October 20, 2014                s/ Reyburn W. Lominack, III